Kira A. Schlesinger, Esq. (SB CA: 205357; AZ: 023450)
**SCHLESINGER CONRAD, PLLC**
3936 E. Desert Cove Avenue, 1st Fl.
Phoenix, Arizona 85028
Tel: 602-812-3661
Fax: 480-522-3674
E-Mail: docket@schlesingerconrad.com

JS-6

*Attorney for Plaintiff RJC FUNDING, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RJC FUNDING, LLC, a Delaware Corporation;<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY GRAHAM, individually and as principle for GRAHAM & MARTIN, LLP, California limited liability partnership; DOES 1 – 10, inclusive; BLACK PARTNERSHIPS 1-10, inclusive; WHITE CORPORATIONS 1-10, inclusive; and GREY LIMITED LIABILITY COMPANIES, inclusive,<br><br>Defendants. | CASE NO.: 8:19-CV-00742 – JVS-JDE<br><br>ORDER RE DISMISSAL WITH PREJUDICE |

This Court, having reviewed the stipulation of the parties, and good cause appearing, hereby instructs the clerk to dismiss this action and each claim related thereto, with prejudice. Each party to bear their own costs and fees.

Date: June 04, 2020

By _/s/ James V. Selna_
Honorable James V. Selna
Judge of the District Court

STIPULATION RE DISMISSAL WITH PREJUDICE
1